# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Western Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                    Case No.: 3:12–cr–50051
                                                   Honorable Frederick J. Kapala

John C Blanchard, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2013:

      MINUTE entry before the Honorable Iain David Johnston:Status hearing held on 5/30/2013. Defendant's oral motion for extension of time to file pretrial motions is granted until 6/20/2013. Status hearing set for 6/20/2013 at 11:00 AM. Government's oral motion to exclude time from 5/30/2013 to 6/20/2013 is granted. Excludable started 5/30/2013, Excludable(s) stopped 6/20/2013. (X–T) Mailed notice (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.